CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 17 2012

JULIA C. DUDLEY, CLERK
BY: /s/
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| OPHELIA AZRIEL DE'LONTA, ) | Civil Action No. 7:11-cv-00175 | |
|    Plaintiff, ) | | |
| ) | | |
| v. ) | **ORDER** | |
| ) | | |
| GENE JOHNSON, et al., ) | By: Hon. James C. Turk | |
|    Defendants. ) | Senior United States District Judge | |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that defendants' motion for summary judgment is **GRANTED** and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to plaintiff and counsel of record for defendants.

ENTER: This 17th day of July, 2012.

/s/ James C. Turk
Senior United States District Judge